■ The People of the State of New York, Respondent, v Tyrone Davis, Appellant. [664 NYS2d 921] —Judgment, Supreme Court, New York County (Ronald Zweibel, J.), rendered September 11, 1995, convicting defendant, upon his plea of guilty, of attempted robbery in the first degree, and sentencing

him, as a second felony offender, to a term of 4 to 8 years, a $150 mandatory surcharge and a $5 crime victim assistance fee, unanimously affirmed.

Defendant's challenge to the mandatory surcharge is premature (*see, People v Ramirez*, 208 AD2d 381, *lv denied* 84 NY2d 1037; *People v Velasquez*, 198 AD2d 25, *lv denied* 82 NY2d 932). Concur—Ellerin, J. P., Williams, Tom and Mazzarelli, JJ.